D. JAMES TREE
Attorney At Law
Tree Law Offices
3711 Englewood Avenue
Yakima, WA 98902
Telephone: (509) 452-1700
Fax: (509) 577-9109

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| JASON SHIRLEY, | Case No. 6:17-cv-01306-CL |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR ATTORNEY FEES |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, Defendant. | |

Before the Court is Plaintiff's Motion for award of attorney's fees (#26). Plaintiff is hereby awarded attorney fees in the amount $5,918.62 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff's EAJA fees which are not subject to any offset allowed under the Department of the Treasury's Offset Program, shall be made payable to D. James Tree, based upon Plaintiff's assignment of these amounts to Mr. Tree, and any check for EAJA fees shall be

ORDER FOR ATTORNEY FEES 1 [6:16-CV-01106-AC]

mailed to Mr. Tree at 3711 Englewood Avenue, Yakima, WA 98902, or direct deposited into the Tree Law Office account.

IT IS SO ORDERED.

DATED this 6 day of March, 2019.

MARK D. CLARKE
United States Magistrate Judge

Presented by:

S/ D. JAMES TREE, WSBA#1697
Attorney for Plaintiff

**DATED this 25th day of February, 2019.**

        Respectfully submitted,

        s/ D. JAMES TREE, WSBA #16976
        Attorney for Plaintiff
        3711 Englewood Avenue
        Yakima, Washington 98902
        Telephone: (509) 452-1700
        Fax: (509) 577-9109