D. JAMES TREE
Attorney At Law
Tree Law Offices
3711 Englewood Avenue
Yakima, WA 98902
Telephone: (509) 452-1700
Fax: (509) 577-9109

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JASON SHIRLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No. 6:17-cv-01306-CL<br><br>ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |

Plaintiff was awarded at least $96,432.00 in backpay. Twenty-five percent of the backpay is $24,108.00.

Plaintiff requests this Court grant §406(b) attorney fees in the amount of $24,108.00. This Court finds that §406(b) attorney fees in the amount of $24,108.00 are a reasonable attorney fee and hereby awards D. James Tree, attorney for plaintiff, §406(b) attorney fees in the amount

ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)
1

of $24,108.00. An offset of $10,279.42 for EAJA attorney fees will be taken leaving a net §406(b) payable to Mr. Tree of $13,828.58.

It is hereby ORDERED that §406(b) attorney fees are awarded to Mr. Tree in the amount of $24,108.00 and plaintiff is due an offset of $10,279.42 for previously paid EAJA fees, leaving a net attorney fee due Mr. Tree of $13,828.58.

IT IS SO ORDERED this ___ day of October, 2019.

Mark D. Clarke
United States Magistrate Judge

Presented by:

s/ D. JAMES TREE, WSBA#16976
Attorney for Plaintiff
3711 Englewood Avenue
Yakima, Washington 98902
Telephone: (509) 452-1700
Fax: (509) 577-9109

ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)
2